AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Irina V. Verdiyan, | ) | **E-filing** |
| _Plaintiff_ | ) ) ) | |
| v. | ) | Civil Action No. |
| Capital One, N.A., et al | ) ) ) | CV 12  1841   DMR |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Capital One, N.A., 1680 Capital One Drive, McLean, VA  22102
Trans Union LLC, 555 W Adams St, Chicago, IL 60661
Equifax Information Services LLC, 1550 Peachtree St NW, Atlanta, GA 30309
Experian Information Solutions, Inc., 475 Anton Blvd, Costa Mesa, CA  92626

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    ANDERSON, OGILVIE & BREWER LLP
    Mark F. Anderson (SBN 44787)
    600 California Street, 18th Floor
    San Francisco, CA 94108   415-651-1951
    mark@aoblawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RICHARD W. WIEKING**

CLERK OF COURT

Date: APR 12 2012

                     MARY ANN BUCKLEY

                     _Signature of Clerk or Deputy Clerk_