UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| IRINA VERDIYAN,<br>            Plaintiff,<br><br>       v.<br>CAPITAL ONE, N.A., et al.,<br>            Defendants.<br>_____/ | No. C 12-1841 CW<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:         October 29, 2012<br>Mediator:   Constance Yu |

    IT IS HEREBY ORDERED that the request to excuse defendant Capital One, N.A.'s corporate representative from appearing in person at the October 29, 2012, mediation before Constance Yu is GRANTED. The representative shall be available at all times to participate in the mediation in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

_____     By: _____
Dated                                                                  Elizabeth D. Laporte
                                                                                  United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California