Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
600 California Street, 18th Floor
San Francisco, California 94108
Telephone: (415) 651-1951
Fax: (415) 956-3233
Email: mark@aoblawyers.com

Attorneys for Plaintiff Irina V. Verdiyan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRINA V. VERDIYAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAPITAL ONE, N.A.;<br>TRANS UNION LLC;<br>EQUIFAX INFORMATION SERVICES LLC; and<br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>　　　　Defendants. | Case No. 4:12-cv-01841 CW<br><br>[PROPOSED] ORDER FOR DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC |

Pursuant to stipulation, it is ordered that defendant Equifax Information Services, LLC is dismissed with prejudice. Plaintiff Irina V. Verdiyan and defendant Equifax Information Services, LLC shall each bear their own costs and fees.

Dated: October 22, 2012

_____
Judge of the U.S. District Court

Dated: August 3, 2012.

ANDERSON, OGILVIE & BREWER LLP

By */s/ Mark F Anderson*
Mark F. Anderson
Attorneys for Plaintiff