1  Christian Foote (SBN 240919)
   **Duane Morris LLP**
2  Spear Tower
   One Market Plaza, Suite 2200
3  San Francisco, CA 94105-1127
   Telephone: +1 415 957 3000
4  Fax: +1 415 957 3001
   E-mail:  cpfoote@duanemorris.com
5

6

7  Attorneys for Defendant
   CAPITAL ONE, N.A.
8

9  Mark F. Anderson (SBN 44787)
   **Anderson, Ogilvie & Brewer LLP**
10 235 Montgomery Street, Suite 914
   San Francisco, CA 94104
11 Direct dial 415.651.1951
   Fax 415.500.8300
12 E-mail: mark@aoblawyers.com

13
   Attorneys for Plaintiff
14 IRINA VERDIYAN

15

16             IN THE UNITED STATES DISTRICT COURT

17           FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                        OAKLAND COURTHOUSE

19

20 IRINA V. VERDIYAN,                    Case No.: 4:12-cv-01841-CW
21
                  Plaintiff,
22                                       **STIPULATION AND [PROPOSED]
                                         ORDER CONTINUING FACT AND
23       v.                              EXPERT DISCOVERY CUT OFF**

24 CAPITAL ONE, N.A.; TRANS UNION LLC;
   EQUIFAX INFORMATION SERVICES LLC;
25 AND EXPERIAN INFORMATION SOLUTIONS,   Complaint Filed:   April 12, 2012
   INC.,                                 Trial Date:        September 9, 2013
26
                  Defendants.
27

28
   DM1\3724983.1

## STIPULATION

WHEREAS, by virtue of its Case Management Order dated July 25, 2012, the Court set the fact and expert discovery cut-off in this case for March 1, 2013;

WHEREAS, Capital One and Verdiyan are attempting to negotiate a settlement in this case;

WHEREAS, the parties have noticed multiple depositions and have propounded written discovery, and completing this discovery will require significant financial expenditure;

WHEREAS, incurring these expenditures potentially could act as an impediment to the parties' ability to reach a settlement, and so therefore the parties wish to hold these costs in abeyance while they continue to explore the possibility of a settlement;

IT IS STIPULATED that the fact and expert discovery cut-off in this action is continued from March 1 to April 1, 2013, with all other deadlines set forth in the Court's Case Management Order of July 25, 2012, to remain in effect.

Dated: February 13, 2013            **ANDERSON OGILVIE & BREWER LLP**

By: */s/ Mark F. Anderson*
    Mark F. Anderson
    Attorneys for Plaintiff
    IRINA VERDIYAN

Dated: February 13, 2013            **DUANE MORRIS LLP**

By: */s/ Christian Foote*
    Christian Foote
    Attorneys for Defendant
    CAPITAL ONE, N.A.

**[proposed] ORDER**

Pursuant to the parties' Stipulation, and good-cause appearing therefore, the parties shall complete all fact and expert discovery by April 1, 2013. All other deadlines and dates set forth in the Court's Case Management Order dated July 25, 2012, shall remain in effect.

IT IS SO ORDERED.

Date: 2/15/2013

*/s/ Claudia Wilken*
Hon. Claudia Wilken
Chief Judge of the District Court

DM1\3724983.1                                3
STIPULATION AND ORDER CONTINUING FACT AND EXPERT DISCOVERY CUT-OFF–
CASE NO.: 4:12-CV-01841-CW
