IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IRINA V. VERDIYAN,

    Plaintiff,

v.

CAPITAL ONE,

    Defendant.
_____/

No. C 12-01841 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE UPON CONSENT AND SETTING CERTAIN CASE MANAGEMENT DATES

On June 6, 2013, a further case management conference was held in the above-captioned case. Mark Anderson appeared for Plaintiff. Christian Foote appeared for Defendant. On June 11, 2013, the parties executed a letter consenting to a settlement conference before United States Magistrate Judge Beeler. On June 14, 2013, the parties executed a consent form to proceed before United States Magistrate Judge Laporte. Accordingly,

IT IS HEREBY ORDERED that the above-captioned case is referred to Magistrate Judge Beeler for a settlement conference to be held as soon as convenient to her calendar.

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 636(c) and Rule 73, Federal Rules of Civil Procedure, the above-captioned case is referred for all further proceedings in the case, including trial, and the entry of a final judgment to Magistrate Judge Laporte to be heard and considered at the convenience of her calendar. Counsel shall contact Kristen Melen, Magistrate Judge Laporte's Courtroom Deputy at (415) 522-3694 to set up a

telephonic status conference to confirm dates.  Magistrate Judge Laporte will set a trial date on, about, or before September 19, 2013.

All previously set case management dates have passed except the pretrial conference and jury trial dates.

Dated: 6/18/2013

CLAUDIA WILKEN
United States District Judge

cc: MagRef; EDL; LB