UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11   IRINA VERDIYAN,                         No. C12-01841 EDL (LB)

12            Plaintiff,                     **ORDER REGARDING SETTLEMENT
                                             CONFERENCE**
13        v.

14   CAPITAL ONE, N.A.,

15            Defendant.
     _____/

16

17      The parties have a settlement conference set for Monday, September 9, 2013.  The court requires

18   a demand, a response, attorney's fees and costs to date and projected through trial, and the persons

19   attending.  *See* Order, ECF No. 55 at 4-5.  Defendant's statement does not include its attorney's fees

20   and costs or the persons attending, and it also does not provide a response to Plaintiff's demand.

21   The court directs Defendant to email this missing information to the court today to

22   lbpo@cand.uscourts.gov.  (With respect to the attorney's fees and costs to date and projected

23   through trial, Defendant may let the court know confidentially.)  If that time line is too ambitious for

24   a response to Plaintiff's most recent demand, Defendant must make best efforts to submit the

25   response to Plaintiff and the court as soon as possible and in any event in sufficient time before

26   Monday's settlement conference for Plaintiff to digest it with counsel.  If the holiday affects the

27   timing of Defendant's response, that is fine, but this needs to be accomplished before Monday.

28

ORDER RE SETTLEMENT CONFERENCE
C12-01841 EDL (LB)

1    **IT IS SO ORDERED.**

2    Dated: September 5, 2013

3                                                    LAUREL BEELER
                                                     United States Magistrate Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
For the Northern District of California

ORDER RE SETTLEMENT CONFERENCE
C12-01841 EDL (LB)                          2